

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JD AUTO CORP., | § | No. 08-22-00187-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th Judicial District Court |
| MICHAEL H. BELL, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2021DCV0743) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's judgment in favor of Michael H. Bell, and we render final summary judgment for JD Auto Corp., on its claim of a violation of its due process rights.

We further order that Appellant recover from Appellee all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF OCTOBER, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ
Rodriguez, C.J., dissenting
Soto, J., concurring